768

CITY OF MIAMI, Appellant, v. ROSS GEN-
ERAL JEWELERS, Inc., d/b/a Feffer
Jewelry Company, Appellee.

No. 13114.

United States Court of Appeals
Fifth Circuit.

April 25, 1950.

John D. Marsh, Assistant City Attorney, Miami, Fla., J. W. Watson, Jr., City Attorney, Miami, Fla., for appellant.

George C. McCaughan, Miami, Fla., for appellee.

Herbert S. Shapiro, Miami Beach, Fla., Arthur A. Kimmel, Miami Beach, Fla., Morris Berick, Miami Beach, Fla., amici curiæ.

Before HUTCHESON, Chief Judge, and WALLER and RUSSELL, Circuit Judges.

RUSSELL, Circuit Judge.

The issues in this case are in all respects the same as in City of Miami v. Sutton, 5 Cir., 181 F.2d 644. For the reasons there stated, the judgments herein are

Reversed.